**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BROOKE REYNOLDS, | : CIVIL ACTION NO. 16-01711 |
| Plaintiff, | : |
| v. | : |
| KEYSTONE LANDFILL, INC., | : |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned counsel, hereby gives notice that the above-captioned action against Defendant Keystone Landfill, Inc. is voluntarily dismissed with prejudice.

        Respectfully submitted,

        **MURPHY LAW GROUP, LLC**

By:  /s/ Michael Murphy
       Michael Murphy, Esq.
       Murphy Law Group, LLC
       Eight Penn Center, Suite 1803
       1628 John F. Kennedy Blvd.
       Philadelphia, PA 19103
       TEL: 267-273-1054
       FAX: 215-525-0210
       murphy@phillyemploymentlawyer.com
       Attorney for Plaintiff

Dated: October 5, 2016